UNITED STATES COURT OF INTERNATIONAL TRADE

**Before: Hon. Delissa A. Ridgway, Judge**

|  |  |
|---|---|
| **THE POMEROY COLLECTION, LTD.** | |
| Plaintiff, | Court No. 02-00150 (Issue Joined) |
| v. | 01-00784 (Suspended 02-00150) |
|  | 01-01011 (Suspended 02-00150) |
| **THE UNITED STATES,** | |
| Defendant. | |

## ORDER

Plaintiff having moved, pursuant to Rule 42 of the Rules of this Court to consolidate the three above-captioned actions and to designate said consolidated action as Consolidated Court Number 02-00150, and the defendant having consented to the granting of said motion, it appearing that the granting of said Motion will result in the conservation of judicial time as well as that of the parties, it is hereby

ORDERED that said Motion be granted, and the above-captioned actions are hereby consolidated under Consolidated Court No. 02-00150.

_____
Delissa A. Ridgway, Judge

Dated: New York, New York
       This _____ day of _____, 2009

## UNITED STATES COURT OF INTERNATIONAL TRADE

**Before: Hon. Delissa A. Ridgway, Judge**

|  |  |
|---|---|
| THE POMEROY COLLECTION, LTD. | |
| Plaintiff, | Court No. 02-00150 (Issue Joined) |
| v. | 01-00784 (Suspended 02-00150) |
| THE UNITED STATES, | 01-01011 (Suspended 02-00150) |
| Defendant. | |

## CONSENT MOTION TO CONSOLIDATE

Pursuant to Rule 42 of the Rules of this Court, and in accordance with the scheduling order in <u>The Pomeroy Collection, Ltd. v. United States,</u> 02-00150, Plaintiff hereby moves for an Order consolidating the three above-captioned actions under Consolidated Court Number 02-00150. These actions each contain common issues of fact and law, specifically whether the merchandise involved was properly classified under Heading 7013 of the HTSUS.

Pursuant to the scheduling Order, these cases are being consolidated for purposes of trial, in order to avoid multiple trials, and in an attempt to resolve all of the remaining issues existing in the Pomeroy cases. The consolidated case will be actively prosecuted in accord with the present scheduling order.

On February 27, 2009, pursuant to Rule 7(b), the undersigned counsel consulted with Mikki Cottet, Esq. counsel for the defendant, and was informed that the defendant consented to the granting of this motion.

**WHEREFORE,** plaintiff asks that this motion be granted, and that the instant actions be consolidated under Court Number 02-00150.

                                              Respectfully submitted,

                                              Fitch, King and Caffentzis
                                              Attorneys for Plaintifff
                                              250 Moonachie Road
                                              Moonachie, New Jersey 07074
                                              Tel: 201-296-0444

                                    By: /s/ Peter J. Fitch
                                              Peter J. Fitch

**Certificate of Service**

PETER J. FITCH certifies that on February 27, 2009, he served a copy of the attached Motion and Order upon the defendant, by placing said documents in a facility maintained by the United States Postal Service, in a secure envelope bearing sufficient postage, addressed to:

> Mikki Cottet, Esq.
> Civil Division, Dept. of Justice
> Commercial Litigation Branch
> International Trade Field Office
> 26 Federal Plaza
> New York, New York 10278

          S/ Peter J. Fitch
          Peter J. Fitch